Mary McNamara, SBN 147131
mary@smllp.law
Britt Evangelist
britt@smllp.law
Hannah Pollack
hannah@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for Defendant Abraham Shafi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ABRAHAM SHAFI<br><br>　　　　　　Defendant. | Case No: 25-CR-00258 YGR (TSH)<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Plaintiff United States of America, by and through Assistant United States Attorney Evan Mateer, and Defendant Abraham Shafi, by and through counsel May McNamara, hereby stipulate and agree as follows:

1. On September 3, 2025, the Court ordered the release of Defendant subject to certain conditions.

2. One such condition restricts Defendant's travel except to the states of Hawaii (Defendant's state of residence) the state of California (where this action is pending) and the states of Delaware and New York, where Defendant has a pending case and where his counsel have offices, respectively.

3. Defendant is in the process of selecting lead counsel for this case and desires to travel to Texas to meet with proposed lead counsel. The parties stipulate and agree that the

conditions of release should be modified to permit Defendant to travel to the state of Texas.

Accordingly, the parties respectfully request that the Court modify the conditions of release to permit Defendant's travel to the state of Texas.

Pretrial Officer Jessica Portillo has no objection to the proposed modification.

**IT IS SO STIPULATED.**

Dated: September 23, 2025    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
EVAN MATEER
Assistant United States Attorney


SWANSON & McNAMARA LLP

Dated: September 23, 2025    _____/s/_____
MARY McNAMARA
Counsel for Abraham Shafi

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE     -2-

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby MODIFIES Abraham Shafi's release conditions as follows:

Defendant shall be allowed to travel to the State of Texas. All other conditions of release shall remain in effect.

**IT IS SO ORDERED.**

DATED: September 23, 2025

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge