Jeffrey B. Schenk, (SBN 234355)
jbschenk@jonesday.com
Justin E. Herdman (admitted *pro hac vice*)
jherdman@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     +1.650.739.3939
Facsimile:     +1.650.739.3900

Jaimie L. Nawaday (admitted *pro hac vice*)
nawaday@sewkis.com
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone:     +1.212.574.1200
Facsimile:     +1.212.480.4821

*Attorneys for Defendant Abraham Shafi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-25-00258 YGR (TSH) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| ABRAHAM SHAFI, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Evan Mateer, and Defendant Abraham Shafi, by and through counsel Jeffrey B. Schenk, hereby stipulate and agree as follows:

1.  On September 3, 2025, the Court ordered the release of Defendant subject to certain conditions.

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CONDITIONS OF PRETRIAL RELEASE

- 1 -

2. One such condition restricts Defendant's travel except to the states of Hawaii (Defendant's state of residence) the state of California (where this action is pending) and the states of Delaware and New York, where Defendant has a pending case and where his counsel have offices, respectively.

3. Defendant desires to travel to Colorado to meet with legal counsel.  Defendant will travel to Colorado beginning March 9, 2026 through March 11, 2026.  The parties stipulate and agree that the conditions of release should be modified to permit Defendant to travel to the state of Colorado.

Accordingly, the parties respectfully request that the Court modify the conditions of release to permit Defendant's travel to the state of Colorado.

Pretrial Officer Jessica Portillo has no objection to the proposed modification.

**IT IS SO STIPULATED.**

Dated: March 5, 2026                          Respectfully submitted,

                                                             Craig H. Missakian
  United States Attorney

 */s/ Evan Mateer*
Evan Mateer
Assistant United States Attorney

Dated: March 5, 2026                          JONES DAY

 */s/ Jeffrey B. Schenk*
Jeffrey B. Schenk
Justin E. Herdman

SEWARD & KISSEL LLP
Jaimie L. Nawaday

Counsel for Abraham Shafi

## [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby MODIFIES Abraham Shafi's release conditions as follows:

Defendant shall be allowed to travel to the State of Colorado from March 9, 2026 through March 11, 2026.  All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated: March 5, 2026

_____

Hon. Thomas S. Hixson
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CONDITIONS OF PRETRIAL RELEASE

- 3 -