ADAM FEE (Bar No. 345075)
adam.fee@weil.com
BEN NICHOLSON (Bar No. 317970)
ben.nicholson@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
Telephone: (213) 667-5100

Attorneys for ABRAHAM SHAFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

v.

ABRAHAM SHAFI,

Defendant.

Case No. 4:25-CR-00258-YGR-ASK

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE**

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

The United States of America and Abraham Shafi (collectively, the "Parties"), through undersigned counsel, hereby jointly stipulate and agree as follows:

1. On September 3, 2025, the Court ordered the release of Shafi subject to certain conditions.

2. One such condition restricts Shafi's travel except to the states of Hawaii (Shafi's state of residence) the state of California (where this action is pending) and the states of Delaware and New York, where Shafi has a pending case and where his counsel have offices, respectively.

3. Shafi desires to travel to Washington, D.C. to meet with legal counsel between November 11, 2026 and November 19, 2026.

4. The Parties stipulate and agree that the conditions of release should be modified to permit Shafi to travel to Washington, D.C. between November 11, 2026 and November 19, 2026.

Accordingly, the Parties respectfully request that the Court modify the conditions of release to permit Defendant's travel to Washington, D.C. between November 11, 2026 and November 19, 2026.

DATED: November 5, 2026

By: */s/ B. Nicholson*

ADAM FEE
BEN NICHOLSON
Attorneys for Defendant Abraham Shafi

By: */s/ L. Connelly*

EVAN MATEER
SAILAJA M. PAIDIPATY
Assistant United States Attorney

LAURA CONNELLY
White Collar and Corporate Enforcement Section
U.S. Department of Justice

**~~[PROPOSED]~~ ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby modifies Abraham Shafi's release conditions to allow him to travel to Washington, D.C. from November 11, 2026 and November 19, 2026. All other conditions of release shall remain in effect.

**IT IS SO ORDERED.**

Dated: November 6, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge