United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ABRAHAM SHAFI,**<br>Defendant. | Case No. 4:25-cr-00258-YGR-1<br>**ORDER RE. DKT. NO. 113;**<br>**VACATING STATUS CONFERENCE**<br><br>Re.: Dkt. No. 113 |

The Court is in receipt of a letter from defendant's counsel regarding the *ex parte* conference the Court held with the government on November 9, 2026. (Dkt. No. 113.) Defendant's counsel asks the Court to put the instructions it gave to the government "in a written order so that [counsel] can assess whether the government has complied with them." The Court reviewed the documents *in camera* to determine whether such documents were subject to production.

First, with respect to the "exemplar" report, the Court notes that the government submitted only one such report *in camera*, citing "the sheer volume of these compiled reports" that "constitute 500 pages of material." In light of Shafi's request for the Court to "order the government to state how often Attorney-1 saw or accessed this material and when it was updated," the Court hereby **ORDERS** the government to produce a log of all transmissions of the exemplar and similar reports involving Attorney-1, who is the subject of the anticipated proceedings. The Court may order further productions at a later date if it determines that more information is subject to production.

*Next,* the Court did not require production of documents protected by the attorney client privilege but ordered a log. With respect to the letter's representations regarding the government's

productions to defendant, the government appears to have complied with the balance of the Court's instructions regarding documents concerning the screen of Attorney-1. There is nothing more that the Court need recount here.

Lastly, given the Court's trial schedule, the status conference currently set for November 20, 2026 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: November 17, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**